**ROUSE HENDRICKS GERMAN MAY PC**
Brandon J.B. Boulware (*pro hac forthcoming*)
Catherine Singer (State Bar No. 273947, *pro hac forthcoming*)
1201 Walnut Street, 20th Floor
Kansas City, MO  64106
Telephone:  (816) 471-7700
Facsimile:   (816) 471-2221
Email: Catherines@rhgm.com

**MORRIS POLICH & PURDY LLP**
David J. Vendler, Esq., Bar No. 146528
Litsa Georgantopoulos, Esq., Bar No. 238288
1055 W. Seventh Street, 24th Floor
Los Angeles, CA 90017
Telephone:  (213) 417-5122
Facsimile:   (213) 488-1178
Email: dvendler@mpplaw.com
Email: lgeorge@mpplaw.com

Attorneys for Defendant,
**SPEEDY CASH**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WILLMSCHEN.<br><br>Plaintiff,<br><br>vs.<br><br>SPEEDY CASH,<br><br>Defendant. | Case No.<br><br>**DEFENDANT SPEEDY CASH'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A) [FEDERAL JURISDICTION]** |

**TO THE CLERK OF THE ABOVE ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1331, 1441, and 47 U.S.C. § 227 *et seq*, defendant Speedy Cash ("Speedy Cash"), a Nevada corporation, hereby removes this action captioned *Keith Willmschen v. Speedy Cash*, Case No. FCM146358 (the "Underlying Action") from the Superior Court

of the State of California, County of Solano for Limited Jurisdiction to the United States District Court for the Eastern District of California on the following grounds.

**STATEMENT OF JURISDICTION PURSUANT TO LOCAL RULE 204**

This Court has original jurisdiction under 28 U.S.C. section 1331 based on federal-question jurisdiction, and removal is therefore proper under 28 U.S.C. § 1441.

**BACKGROUND INFORMATION**

1. On or about June 26, 2015, plaintiff Keith Willmschen ("Plaintiff") filed a complaint entitled *Keith Willmschen v. Speedy Cash*, in the Superior Court of the State of California for the County of Solano for Limited Jurisdiction, Case No. FCM146358 (the "Underlying Action"), naming as defendant "Speedy Cash" *See* Exhibit "A" to the Declaration of Litsa Georgantopoulos ("Georgantopoulos Decl.") ¶ 4.

2. Plaintiff served its Complaint on Defendant Speedy Cash ("Speedy Cash") on July 28, 2015. Georgantopoulos Decl. ¶ 2.

3. In his Complaint, Plaintiff alleges causes of action against Speedy Cash for: (1) Violation of Rosenthal Fair Debt Collection Practices, and (2) Violation of Telephone Consumer Protection Act arising under 47 U.S.C. § 227 *et seq*. *See* Exhibit "A".

**FEDERAL-QUESTION JURISDICTION**

4. Plaintiff alleges a claim against Speedy Cash allegedly arising under 47 U.S.C. § 227 et seq. (the "Telephone Consumer Protection Act"). See Exhibit A ¶¶ 22-26. The Supreme Court held in *Mims v. Arrow Financial Services, LLC*, --- U.S. ----, ----, 132 S.Ct. 740, 747, 181 L.Ed.2d 881 (2012) that "Congress did not deprive federal courts of federal-question jurisdiction over private [Telephone Consumer Protection Act] suits." *See also Shupe v. JPMorgan Chase Bank of Arizona*, No. CV 11-00501-TUC-RCC, 2012 WL 1344820, at *2 (D. Ariz. Mar.

14, 2012) report and recommendation adopted, No. CV 11-501-TUC-RCC, 2012 WL 1344786 (D. Ariz. Apr. 18, 2012) (relying on *Mims* and concluding that federal-question jurisdiction exists over a Telephone Consumer Protection Act claim).

5. Speedy Cash reserves all defenses, including, but not limited to, lack of personal jurisdiction.

## TIMELINESS OF REMOVAL

6. Plaintiff filed his Complaint on June 26, 2015 in the Superior Court of the State of California, County of Solano for Limited Jurisdiction. *See* Exhibit "A" to Georgantopoulos Decl. ¶ 4.

7. Plaintiff served his Complaint on Speedy Cash on July 28, 2015. *See* Georgantopoulos Decl. ¶ 2.

8. Speedy Cash has not filed an answer to Plaintiff's Complaint and no other motion or proceedings are pending in state court. *See* Georgantopoulos Decl. ¶ 3.

9. Under 28 U.S.C. § 1446(b), this Notice is timely because it was filed within thirty days of service of Plaintiff's Complaint on Speedy Cash and within one year of the commencement of this action. Pursuant to California Code of Civil Procedure section 415.10, service was effective on July 28, 2015 and fewer than thirty days have elapsed since that time. Therefore this notice is timely.

## PROPRIETY OF REMOVING TO THE EASTERN DISTRICT

10. Plaintiff filed the Underlying Action in the Superior Court of California, County of Solano for Limited Jurisdiction and it is thus properly removed to the jurisdiction of the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1441(a) (providing for removal "to a district court of the United States for the district and division embracing the place" where the state court action is pending); 28 U.S.C. § 84(b) (Eastern District of California includes the county of Solano).

# STATE COURT DOCUMENTS

11. The exhibits attached to this notice are true and complete copies of all documents from the Underlying Action, as identified in the authenticated paragraphs 4 through 5 of the accompanying Georgantopoulos Declaration and constitute "all process, pleadings, and orders served upon" Speedy Cash. *See* 28 U.S.C. § 1446(a).

16. Written notice of the filing of this Notice of Removal is being given promptly to Plaintiff by service hereof, and a copy of this Notice of Removal is being promptly filed with the Superior Court of California, County of Solano for Limited Jurisdiction, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Speedy Cash hereby removes the Underlying Action to this honorable Court.

Dated: August 25, 2015

Respectfully submitted,
**MORRIS POLICH & PURDY LLP**

 */s/ Litsa Georgantopoulos*
David J. Vendler
Litsa Georgantopoulos

**ROUSE HENDRICKS GERMAN MAY PC**
Brandon J.B. Boulware (*pro hac forthcoming*)
Catherine D. Singer (*pro hac forthcoming*)

Attorneys for Defendant
SPEEDY CASH