Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEITH WILLMSCHEN,** | Case No: 2:15-cv-01799-TLN-DAD |
| Plaintiff, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| **SPEEDY CASH,** | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss Plaintiff's claims in this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees.

Respectfully submitted this 14th day of September, 2015

By: s/Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

By: s/Brandon Boulware
Brandon Boulware
Attorney for Defendant

Stipulation to Dismiss- 1

Filed electronically on 14th day of September, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Troy L. Nunley
United States District Court
Eastern District of California

Brandon J.B. Boulware , PHV
ROUSE HENDRICKS GERMAN MAY PC

Litsa Georgantopoulos, Esq.
MORRIS POLICH & PURDY LLP

This 14th day of September, 2015.
s/Todd M. Friedman
TODD M. FRIEDMAN